IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

*In re:*  CASE NO. 6:18-BK-05703-KSJ

CHAPTER 13

SORAIDA WENDY PEREZ,

       Debtors

_____/

**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL**

**PLEASE TAKE NOTICE** that U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CABANA SERIES III TRUST hereby withdraws the Objection to Motion to Modify Plan (DE 40) filed with the Court on August 3, 2020.

    Respectfully submitted,
    HOWARD LAW GROUP

    /s/ Matthew Klein
    MATTHEW KLEIN
    FLORIDA BAR#: 73529
    4755 Technology Way, Suite 104
    Boca Raton, FL 33431
    Telephone: 954-893-7874
    Fax: 888-235-0017
    Email: matthew@howardlawfl.com

**I HEREBY CERTIFY** that on August 5, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Paul L. Urich, Esq., 1510 East Colonial Drive, Suite 204, Orlando, FL 32803

Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790

Office of the US Trustee, 400 West Washington Street, Suite 1100, Orlando, FL 32801

and a true and correct copy was mailed to the non-CM/ECF participants:

Soraida Wendy Perez, PO Box 272, Scottsmoor, FL 32775

    /s/ Matthew Klein